# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEVELL MOORE, | Case No. 3:24-cv-00083-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| DETECTIVE LAFRENIERE, *et al.*, | |
| Defendants. | |

This matter is referred to the Court for the limited purpose of determining whether in forma pauperis status should continue on appeal. (ECF No. 16.) This Court certifies that Plaintiff's appeal from its order of dismissal is not frivolous and his in forma pauperis should continue on appeal.

DATED THIS 3rd Day of January 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE